# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY K.,<br><br>                       Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                       Defendant. | Case No.: 3:20-cv-2180-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 2]** |

On November 6, 2020, plaintiff Gregory K. commenced an action against Andrew M. Saul, the Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. Doc. No. 1. Plaintiff also filed an Application to Proceed with his Complaint *in forma pauperis*. Doc. No. 2.

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted). A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it

/ /

shows that the applicant cannot pay the fee "and still be able to provide himself and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, plaintiff's application states that he is unemployed and has limited income and assets. Although he reports $1000 per month in disability benefits, plaintiff states that this disability income will end in November, after which his only monthly income or benefits will be approximately $192 in public assistance. Doc. No. 2 at 2. Plaintiff's assets consist of a checking account with a balance of $200, a 2009 Toyota 4-Runner valued at $6,000 and a 1956 Chevy Apache valued at $10,000. *Id.* at 3. Plaintiff states he plans to sell his motorcycle and has not paid registration nor insurance for either of his vehicles. *Id.* at 3-4. Plaintiff's monthly expenses, which include food, utilities, and transportation, total $592. *Id.* at 5. Therefore, the Court finds that plaintiff has sufficiently shown he lacks the financial resources to pay the filing fee.

Accordingly, plaintiff's Application to Proceed with his Complaint *in forma pauperis* [Doc. No. 2.] is **GRANTED**.

**IT IS SO ORDERED.**

Dated: November 17, 2020

Hon. Karen S. Crawford
United States Magistrate Judge